# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

153110 & (84)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

NL VENTURES VI FARMINGTON, LLC,
      Plaintiff-Appellant/Cross-Appellee,

v

SC:  153110
COA:  323144
Wayne CC:  13-004863-CZ

CITY OF LIVONIA,
      Defendant-Appellee/Cross-Appellant.

_____/

      On October 12, 2017, the Court heard oral argument on the application for leave to appeal the January 28, 2016 judgment of the Court of Appeals.  On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk

p1017